UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                        Case No. 11-20564

v.

                                        Hon. John Corbett O'Meara

DENNIS CORNELIUS TATE, JR.,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

    Defendant Dennis Cornelius Tate, Jr., filed a notice of appeal on January 4, 2016, and an application to proceed *in forma pauperis* on appeal on January 22, 2016. Having reviewed Defendant's application, the court grants permission to proceed *in forma pauperis* on appeal.

    IT IS HEREBY ORDERED that Defendant's application to proceed *in forma pauperis* on appeal is GRANTED.


                                        s/John Corbett O'Meara
                                        United States District Judge

Date: February 11, 2016

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 11, 2016, using the ECF system and/or ordinary mail.

                                                                  S/William Barkholz
                                                                  Case Manager